UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D. Dumebi Egbufor

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

Do you want a jury trial?

**XX** Yes  ☐ No

Carolyn Boyd, Rick Criswell, Jonathan Hochwald,

Arthur Karpati, Emursive Productions, LLC, PDNYC, LLC

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

## EMPLOYMENT DISCRIMINATION COMPLAINT

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 3/24/17

**I.     PARTIES**

**A. Plaintiff Information**

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

  D. Dumebi Egbufor
___

First Name                  Middle Initial           Last Name

  4628 Vernon Blvd., Unit 217
___

Street Address

  Queens, NY     11101
___

County, City     State     Zip Code

(646) 726-8939                                        ddumebiegbufor@gmail.com
___

Telephone Number                                     Email Address (if available)

**B. Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1: ___

  Carolyn Boyd  The McKittrick Hotel, 530 W. 27th Street
  ___
  Name     Address where defendant may be served
  New York County, New York, NY 10001
  ___
  County, City                State              Zip Code

Defendant 2:
  Rick Criswell The McKittrick Hotel, 530 W. 27th Street
  ___
  Name         Address where defendant may be served
  New York County, New York, NY 10001
  ___
  County, City                State              Zip Code

Page 2

Defendant 3:   Jonathan Hochwald   2109 Broadway Suite #13-126

          Name       Address where defendant may be served

          New York County, New York, NY 10023

          County, City                State              Zip Code

Defendant 4:   Arthur Karpati   2109 Broadway Suite #13-126

          Name       Address where defendant may be served

          New York County, New York, NY 10023

          County, City                State              Zip Code

Defendant 5:   Emursive Productions, LLC   2109 Broadway Suite #13-126

          Name       Address where defendant may be served

          New York County, New York, NY 10023

          County, City                State              Zip Code

Defendant 6:   PDNYC, LLC   2109 Broadway Suite #13-126

          Name       Address where defendant may be served

          New York County, New York, NY 10023

          County, City                State              Zip Code

**II.   PLACE OF EMPLOYMENT**

The address at which I was employed or sought employment by the defendant(s) is:

The McKittrick Hotel

Name

530 W. 27th Street

Address

| New York County, New York | NY | 10001 |

County, City                                State                   Zip Code

## III.    CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

X **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

   The defendant discriminated against me because of my (check only those that apply and explain):

   X race:              Black_____

   ☐ color:             _____

   ☐ religion:          _____

   X sex:               Female_____

   X national origin:   Nigeria_____

X **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

   My race is:       Black
   _____

X **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

   I was born in the year:    1973
   _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

   My disability or perceived disability is:

   _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is:

X **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

### B. Other Claims

In addition to my federal claims listed above, I assert claims under:

X **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

X **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

### IV.   STATEMENT OF CLAIM

### A. Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐ did not hire me

X terminated my employment

☐ did not promote me

☐ did not accommodate my disability

X provided me with terms and conditions of employment different from those of similar employees

X retaliated against me

X harassed me or created a hostile work environment

Page 5

X other (specify): *Please find adverse employment actions in Complaint Attachment, pg. 2-3*

### B. Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

*Please find supporting facts and exhibits in Attachments.*

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

### V. ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

X Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?   November 2, 2022

☐ No

Have you received a Notice of Right to Sue from the EEOC?

X Yes (Please attach a copy of the Notice of Right to Sue.)     ☐ No

What is the date on the Notice?     September 27, 2024

When did you receive the Notice?     September 27, 2024

## VI. RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☐ direct the defendant to re-employ me

☐ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

X direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

*Please see Compliant Attachment, page 59-60*

## VII. PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or

discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| December 16, 2024 | *[signature]* |
|---|---|
| Dated | Plaintiff's Signature |

| D. | Dumebi | Egbufor |
|---|---|---|
| First Name | Middle Initial | Last Name |

4628 Vernon Blvd., Unit 217

Street Address

| Queens, NY | | 11101 |
|---|---|---|
| County, City | State | Zip Code |

| (646) 726-8939 | ddumebiegbufor@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

X Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 8