UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D. DUMEBI EGBUFOR,

                     Plaintiff,

-against-

CAROLYN BOYD, RICK CRISWELL, JONATHAN HOCHWALD, ARTHUR KARPATI, EMURSIVE PRODUCTIONS, LLC, and PDNYC, LLC,

                     Defendants.

24-cv-9779 (AS)

ORDER OF SERVICE

---

ARUN SUBRAMANIAN, United States District Judge:

       Plaintiff, who is proceeding *pro se*, brings this action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1981, the Age Discrimination in Employment Act of 1967, the New York State and City Human Rights Laws, and the Family and Medical Leave Act. By order dated December 20, 2024 the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. *See* Dkt. 6.

       Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3).

       To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return forms

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

("USM-285 forms") for Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

**Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.**

The Clerk of Court is instructed to issue summonses for PDNYC, LLC; Emursive Productions, LLC; Carolyn Boyd; Rick Criswell; Jonathan Hochwald; and Arthur Karpati, complete the USM-285 forms with the addresses for Defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is also directed to send an information package to Plaintiff.

SO ORDERED.

Dated:   January 10, 2025
         New York, New York

                                              _____
                                              ARUN SUBRAMANIAN,
                                              United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. PDNYC LLC
   2109 Broadway Suite #13-126
   New York, N.Y. 10023

2. Emursive Productions, LLC
   2109 Broadway Suite #13-126
   New York, N.Y. 10023

3. Carolyn Boyd
   McKittrick Hotel
   530 West 27th Street
   New York, N.Y. 10001

4. Rick Criswell
   McKittrick Hotel
   530 West 27th Street
   New York, N.Y. 10001

5. Jonathan Hochwald
   2109 Broadway Suite #13-126
   New York, N.Y. 10023

6. Arthur Karpati
   2109 Broadway Suite #13-126
   New York, N.Y. 10023