UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. DUMEBI EGBUFOR,<br><br>       Plaintiff,<br><br>vs.<br><br>CAROLYN BOYD, RICK CRISWELL, JONATHAN HOCHWALD, ARTHUR KARPATI, EMURSIVE PRODUCTIONS, LLC, PDNYC, LLC,<br><br>       Defendants. | Civil Action No. 1:24-cv-09779-AS<br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that Jonathan Stoler of Sheppard, Mullin, Richter & Hampton LLP hereby appears as counsel in this matter for Defendants Carolyn Boyd, Rick Criswell, Jonathan Hochwald, Arthur Karpati, Emursive Productions, LLC and PDNYC, LLC.  Mr. Stoler hereby certifies that he is admitted to practice in this Court.

Dated: New York, New York
    January 22, 2025

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: */s/ Jonathan Stoler*
   Jonathan Stoler
   30 Rockefeller Plaza
   New York, New York 10112
   Tel.:  (212) 653-8700
   Fax:  (212) 653-8701
   jstoler@sheppardmullin.com
   *Attorneys for Defendants Carolyn Boyd, Rick Criswell, Jonathan Hochwald, Arthur Karpati, Emursive Productions, LLC and PDNYC, LLC*