**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3043 direct
jstoler@sheppardmullin.com

January 22, 2025

**The request is GRANTED.**

**VIA ECF**

The Clerk of Court is directed to terminate the motion at Dkt. 14.

Hon. Arun Subramanian
U.S. District Judge
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Dated: January 23, 2025

Re:    <u>Egbufor v. Boyd, et al.</u>, No. 24-cv-09779-AS

Dear Judge Subramanian:

We represent defendants Carolyn Boyd, Rick Criswell, Jonathan Hochwald, Arthur Karpati, Emursive Productions, LLC and PDNYC, LLC (collectively, "Defendants") in the above-referenced matter. In accordance with Rules 3.B and 3.C of Your Honor's Individual Practices in Civil Pro Se Cases, we respectfully submit this letter motion to request an extension of Defendants' time to answer or otherwise respond to Plaintiff D. Dumebi Egbufor's ("Plaintiff") Complaint (the "Complaint," ECF No. 1) from February 3, 2025 to March 4, 2025. This is the first request for an extension of Defendants' time to respond to the Complaint. Plaintiff consents to this request. The parties are next scheduled to appear before the Court on March 20, 2025.

A brief extension of Defendants' time to answer or otherwise respond to the Complaint is necessary because our firm has only recently been retained in connection with this litigation. In order to investigate the facts underlying the Complaint and provide a complete and accurate response, we require additional time to gather relevant documents, interview necessary witnesses, and adequately assess Plaintiff's allegations. The requested extension will allow Defendants the necessary time to do so.

To the extent that Your Honor has any questions regarding the foregoing request, we will be happy to discuss the same. Thank you for your time and attention to this matter.

Respectfully submitted,

/s/ Jonathan Stoler

Jonathan Stoler
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Cc: D. Dumebi Egbufor