UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. DUMEBI EGBUFOR,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN BOYD, RICK CRISWELL, JONATHAN HOCHWALD, ARTHUR KARPATI, EMURSIVE PRODUCTIONS, LLC, PDNYC, LLC<br><br>    Defendants. | Civil Action No. 1:24-cv-09779-AS<br><br>**RULE 7.1 CORPORATE<br>DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Emursive Productions, LLC ("Emursive") and PDNYC, LLC ("PDNYC") certifies as follows: neither Emursive nor PDNYC have any parent corporation, and no publicly held corporation owns 10% or more of Emursive or PDNYC's stock.

Jurisdiction in this case is not based on diversity jurisdiction under 28 U.S.C. § 1332(a).

Dated: New York, New York
       March 18, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:   */s/ Jonathan Stoler*
      Jonathan Stoler
      30 Rockefeller Plaza
      New York, New York 10112
      Tel.: (212) 653-8700
      Fax: (212) 653-8701
      jstoler@sheppardmullin.com
      *Attorneys for Defendants Carolyn Boyd, Rick Criswell, Jonathan Hochwald, Arthur Karpati, Emursive Productions, LLC, and PDNYC, LLC*