UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. DUMEBI EGBUFOR,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN BOYD, RICK CRISWELL, JONATHAN HOCHWALD, ARTHUR KARPATI, EMURSIVE PRODUCTIONS, LLC, PDNYC, LLC<br><br>　　　　　　　Defendants. | Civil Action No. 1:24-cv-09779-AS<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law in Support of their Motion to Dismiss, and upon all of the papers and proceedings herein, Defendants Carolyn Boyd, Rick Criswell, Jonathan Hochwald, Arthur Karpati, Emursive Productions, LLC and PDNYC, LLC hereby move this Court, pursuant to Federal Rules of Civil Procedure 12(b)(6) and in accordance with this Court's Individual Practices in Civil Pro Se Cases, for an order: (i) dismissing all Counts of the Complaint (ECF No. 1-1) of Plaintiff D. Dumebi Egbufor ("Plaintiff"); and (ii) for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Rule 6(A) of the Court's Individual Practices in Civil Pro Se Cases, opposition papers to this motion shall be served "within 30 days of service of the motion papers," and reply papers shall be served "within two weeks of receipt of opposition papers."

Dated: New York, New York  
　　　　March 18, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:　*/s/ Jonathan Stoler*  
　　　Jonathan Stoler  
　　　30 Rockefeller Plaza

-1-

-2-

New York, New York 10112
Tel.: (212) 653-8700
Fax: (212) 653-8701
jstoler@sheppardmullin.com
*Attorneys for Defendants Carolyn Boyd, Rick Criswell, Jonathan Hochwald, Arthur Karpati, Emursive Productions, LLC, and PDNYC, LLC*