UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D. DUMEBI EGBUFOR,

                Plaintiff

-against-

CAROLYN BOYD, RICK CRISWELL, JONATHAN HOCHWALD, ARTHUR KARPATI, EMURSIVE PRODUCTIONS, LLC and PDNYC, LLC,

                Defendants.

24-CV-9779 (AS)

MEDIATION REFERRAL ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

    It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

    Pursuant to the Court's order at Dkt. 10, the Clerk of Court is directed to locate *pro bono* counsel for the limited purpose of representing plaintiff at the mediation.

    SO ORDERED.

Dated: March 21, 2025
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                      United States District Judge