U.S. Department of Justice  
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| D. Dumebi Egbufor | 24-cv-9779-AS |
| DEFENDANT | TYPE OF PROCESS |
| Boyd et al | Summons & Complaint |

**SERVE AT**  
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Emursive Productions, LLC  
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
2109 Broadway Suite #13-126 New York, N.Y. 10023

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW  
D. Dumebi Egbufor  
46-28 Vernon Boulevard  
Unit 217  
Queens, NY 11101

Number of process to be served with this Form 285  
Number of parties to be served in this case  
Check for service on U.S.A.

*[Stamp: U.S. DISTRICT COURT FILED MAR 28 2025 S.D. OF N.Y.]*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT  
*Ashley A.*  
TELEPHONE NUMBER  
DATE: 1/13/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)  
Total Process: 1  
District of Origin No. 054  
District to Serve No. 054  
Signature of Authorized USMS Deputy or Clerk  
Date: 1/16/2025

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):  
Hochwald, Johnathan  
Date: 3/27/25  Time: 1:50 [X] pm

Address (complete only different than shown above):  
Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

LLC Owner

Hour – 1 × $65 = $65 (2 deputies) = $130  
Miles – 12 × $.70 = $8.40 (1 car) = $8.40  
_____  
$138.40

PID # 2

Form USM-285  
Rev. 03/21