**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| D. Dumebi Egbufor | 24-cv-9779-AS |
| DEFENDANT | TYPE OF PROCESS |
| Boyd et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Carolyn Boyd
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
McKittrick Hotel 530 West 27th Street New York, N.Y. 10001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
D. Dumebi Egbufor
46-28 Vernon Boulevard
Unit 217
Queens, NY 11101

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

FILED MAR 2 8 2025 S.D. OF N.Y.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
Ashley A.
TELEPHONE NUMBER
DATE: 1/13/2025

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 054
District to Serve: No. 054
Signature of Authorized USMS Deputy or Clerk
Date: 1/15/2025

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Todd Vander Pval
Date: 3/27/25    Time: 12:53 [X] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS:
Building Operations Manager

Hour — 1 × $65 = $65 (2 deputies) = $130
Miles — 6 × .70 = $4.20 (1 car) = $4.20
                                   ―――――
                                   134.20

PID # 6

Form USM-285
Rev. 03/21