NEW YORK CITY BAR

The request for an adjournment is GRANTED. The evidentiary hearing currently scheduled for November 4, 2026 is adjourned to **2:30 pm on November 23, 2026.**

The Court also wishes to make clear that it does not suspect any kind of ethical lapse or misconduct on the part of anyone in this case. The purpose of the hearing is very limited: just to give the parties a chance to explain what occurred when the settlement was reached, so that the Court can assess that evidence against the relevant legal standard with respect to defendants' motion to enforce the settlement.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 65.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 30, 2026

LAUREN G. AXELROD
GENERAL COUNSEL
PHONE: (212) 382-6674
laxelrod@nycbar.org
www.nycbar.org

October 30, 2026

**VIA ECF**

Hon. Arun Subramanian
U.S. District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**Re: *Egbufor v. Boyd, et al.*, No. 24-cv-9779 (AS)**

Dear Judge Subramanian:

On behalf of non-party witnesses Susanne Toes Keane and Fatima Oedraogo ("Witnesses"), I respectfully submit this letter motion to request that the evidentiary hearing currently scheduled for November 4, 2026 (ECF No. 64), be adjourned to November 13, 2026, or such later date as is convenient for the Court. Should the Court adjourn the hearing to a date after November 13, please be advised that one of the Witnesses, Fatima Oedraogo, is not available during the week of November 16-20.

The Witnesses are attorneys employed by the City Bar Justice Center ("CBJC"), which operates the courthouse-based Federal Pro Se Legal Assistance Project for the S.D.N.Y. CBJC expeditiously conferred with the pro se plaintiff and counsel for defendants in an attempt to align on a mutually agreeable extension date. Plaintiff is amenable to an adjournment to November 13, but not to a later date. Counsel for defendants indicated that they would not support this request because their clients "want to wrap this up" and that they will submit a letter in opposition. This is the Witnesses' first request for an extension.

As the Court directed, the hearing will concern issues relating to settlement authority and communications between the Witnesses and their former client. Questions concerning attorney-client privilege, waiver, confidentiality, and counsel's ethical obligations will likely arise during the hearing.

CBJC is presently in the process of retaining outside counsel to advise and represent the Witnesses with respect to these issues. The anticipated outside attorney is not available on November 4. Furthermore, because the anticipated testimony may involve communications that were made in the course of an attorney-client relationship and in connection with mediation proceedings, independent counsel requires sufficient time to assess the scope of any applicable privileges, evaluate whether and to what extent any privilege has been waived, and advise the Witnesses regarding their obligations under the New York Rules of Professional Conduct and any applicable confidentiality requirements. An adjournment would also permit outside counsel to prepare an orderly and informed presentation of the Witnesses' position should disputes concerning privilege or confidentiality arise during the hearing.

This request is made in good faith and not for purposes of delay. The requested adjournment will allow these important privilege and ethical issues to be addressed appropriately before testimony is taken and will promote the efficient conduct of the hearing.

Respectfully Submitted,

*_/s/ Lauren G. Axelrod__*

Lauren G. Axelrod (LA1978)
New York City Bar Association
42 West 44th Street
New York, NY 10036
(212) 382-6674
laxelrod@nycbar.org
*Counsel to the City Bar Justice Center*

**Copied via ECF**: D. Dumebi Egbufor
*Pro Se Plaintiff*

Lindsay Colvin Stone
Jonathan Stoler
Sheppard, Mullin, Richter & Hampton LLP
*Attorneys for Defendants*